JORGE ALVAREZ v. AIR BROOK LIMOUSINE, INC.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CASHIN.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GREENBERG.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL HOLMES.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE DANIELS.

October 4, 1984.

Petition for certification denied.